# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5268**                    **September Term, 2025**

**1:23-cv-03343-SLS**

**Filed On: July 16, 2026** [2183513]

Center for Biological Diversity and
Appalachian Voices,

       Appellees

    v.

Office of Surface Mining Reclamation and
Enforcement, et al.,

       Appellants

## O R D E R

The notice of appeal was filed on July 15, 2026, and docketed in this court on July 16, 2026. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 17, 2026 |
| Docketing Statement Form | August 17, 2026 |
| Entry of Appearance Form (Attorneys Only) | August 17, 2026 |
| Procedural Motions, if any | August 17, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | August 17, 2026 |
| Statement of Issues to be Raised | August 17, 2026 |
| Transcript Status Report | August 17, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | August 17, 2026 |
| Dispositive Motions, if any | August 31, 2026 |

# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5268**                                      **September Term, 2025**

It is

      **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 17, 2026 |
| Entry of Appearance Form (Attorneys Only) | August 17, 2026 |
| Procedural Motions, if any | August 17, 2026 |
| Dispositive Motions, if any | August 31, 2026 |

It is

      **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

      **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

                   BY:    /s/
                                Laura M. Morgan
                                Deputy Clerk

The following forms and notices are available on the Court's website:

      Civil Docketing Statement Form
      Entry of Appearance Form
      Transcript Status Report Form
      Request to Enter Appellate Mediation Program (Optional)
      Notice Concerning Expedition of Appeals and Petitions for Review
      Stipulation to be Placed in Stand-By Pool of Cases (Optional)