NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 26-5268

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

CENTER FOR BIOLOGICAL DIVERSITY, et al.,
*Plaintiffs-Appellees*,

v.

U.S. OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, et al.,
*Defendants-Appellants*.

Appeal from the United States District Court for the District of Columbia
No. 1:23-cv-03343 (Hon. Sparkle L. Sooknanan)

# APPELLANTS' STATEMENT OF ISSUES

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

AMY E. COLLIER
REBECCA JAFFE
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-0402
rebecca.jaffe@usdoj.gov

Of Counsel:
ARLYNNELL DICKSON
SUSAN ELY
*Attorneys*
Office of the Solicitor
U.S. Department of the Interior

**APPELLANTS' STATEMENT OF ISSUES**

Pursuant to the Court's July 16, 2026 order, Federal Defendants-Appellants submit the following preliminary statement of issues to be raised in this appeal:

1. Whether the district court erred in granting Plaintiffs summary judgment.
2. Whether the district court erred in vacating the biological opinion and incidental take statement.
3. Whether the district court's remedy was overly broad.
4. Whether the district court erred in its analysis and application of *Center for Biological Diversity v. Zeldin*, 171 F.4th 356 (D.C. Cir. 2026).

Appellants reserve the right to amend, modify, or to add to the issues to be raised.

Respectfully submitted,

/s/ *Rebecca Jaffe*

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
AMY E. COLLIER
REBECCA JAFFE
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-0402
rebecca.jaffe@usdoj.gov

Of Counsel:
ARLYNNELL DICKSON
SUSAN ELY
*Attorneys*
Office of the Solicitor
U.S. Department of the Interior

August 17, 2026
DJ 90-8-6-08681