NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 26-5268

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

CENTER FOR BIOLOGICAL DIVERSITY, et al.,
*Plaintiffs-Appellees*,

v.

U.S. OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, et al.,
*Defendants-Appellants*.

---

Appeal from the United States District Court for the District of Columbia
No. 1:23-cv-03343 (Hon. Sparkle L. Sooknanan)

---

**APPELLANTS' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

---

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

AMY E. COLLIER
REBECCA JAFFE
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-0402
rebecca.jaffe@usdoj.gov

Of Counsel:
ARLYNNELL DICKSON
SUSAN ELY
*Attorneys*
Office of the Solicitor
U.S. Department of the Interior

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to the Court's July 16, 2026 order and Circuit Rule 28(a)(1), Federal Defendants-Appellants submit the following certification:

### A. Parties and Amici

Plaintiffs-Appellees are the Center for Biological Diversity and Appalachian Voices.

Federal Defendants-Appellants are the Office of Surface Mining Reclamation and Enforcement (OSM); Lanny E. Erdos, in his official capacity as Director of OSM; the U.S. Fish and Wildlife Service (FWS); Brian Nesvik, in his official capacity as Director of FWS; and Douglas Burgum, in his official capacity as Secretary of the U.S. Department of the Interior.

### B. Rulings Under Review

Federal Defendants-Appellants appeal the District Court's order entered on May 29, 2026, ECF No. 54, and the underlying memorandum opinion entered on May 29, 2026, ECF No. 53.

### C. Related Cases

This case is related to *Center for Biological Diversity v. Zeldin*, 171 F.4th 356 (D.C. Cir. 2026) (D.C. Cir. No. 24-5101), because the Center for Biological Diversity is a plaintiff in both cases, the U.S. Fish and Wildlife Service is a defendant in both cases, and both cases involve Administrative Procedure Act

claims under the Endangered Species Act challenging a biological opinion and incidental take statement that rely on technical assistance.

Respectfully submitted,

/s/ *Rebecca Jaffe*

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
AMY E. COLLIER
REBECCA JAFFE
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-0402
rebecca.jaffe@usdoj.gov

Of Counsel:
ARLYNNELL DICKSON
SUSAN ELY
*Attorneys*
Office of the Solicitor
U.S. Department of the Interior

August 17, 2026
DJ 90-8-6-08681