# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5268** **September Term, 2026**

**1:23-cv-03343-SLS**

**Filed On:** September 9, 2026

Center for Biological Diversity and Appalachian Voices,

Appellees

v.

Office of Surface Mining Reclamation and Enforcement, et al.,

Appellants

**BEFORE:** Srinivasan, Chief Judge; and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of appellants' petition for initial hearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Ellie F. Kemper
Deputy Clerk