# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5268** **September Term, 2026**

**1:23-cv-03343-SLS**

**Filed On: September 22, 2026** **[2194412]**

Center for Biological Diversity and
Appalachian Voices,

Appellees

v.

Office of Surface Mining Reclamation and
Enforcement, et al.,

Appellants

## O R D E R

Upon consideration of plaintiffs-appellees' motion for extension to respond to motion for stay pending appeal, it is

**ORDERED** that the motion for extension be granted and appellees' response to the motion for stay be deemed timely filed. Any reply to the response is due September 29, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk