# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5268** **September Term, 2026**

**1:23-cv-03343-SLS**

**Filed On:** October 8, 2026

Center for Biological Diversity and Appalachian Voices,

Appellees

v.

Office of Surface Mining Reclamation and Enforcement, et al.,

Appellants

**BEFORE:** Pillard, Wilkins, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of the motion for stay pending appeal, the opposition thereto, and the reply; and the motion to participate as amicus curiae, the lodged amicus brief, and the response in support of the amicus motion, it is

**ORDERED** that the motion to participate as amicus curiae be granted. The Clerk is directed to file the lodged amicus brief. It is

**FURTHER ORDERED** that the motion for stay be denied. Appellants have not satisfied the stringent requirements for a stay pending appeal. See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2026).

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk