NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 26-5268

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

CENTER FOR BIOLOGICAL DIVERSITY, et al.,
*Plaintiffs-Appellees*,

v.

U.S. OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, et al.,
*Defendants-Appellants*.

Appeal from the United States District Court for the District of Columbia
No. 1:23-cv-03343 (Hon. Sparkle L. Sooknanan)

**FEDERAL APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Under Federal Rule of Appellate Procedure 26(b) and Circuit Rule 28(e), Federal Appellants respectfully move the Court for a 45-day extension of time to file their opening brief. Under the Court's October 14, 2026, scheduling order, Federal Appellants' opening brief is due on November 23, 2026. Federal Appellants seek an additional 45 days, to January 7, 2027. Federal Appellants have not previously requested an extension of time. Appellees take no position on this motion and state that they will not be filing a response.

An extension is necessary for several reasons. First, undersigned counsel was on leave during the week of November 9, 2026, and will be on leave during the week of November 23, 2026. Second, due to the holidays, other attorneys who must review the brief will be on leave during the weeks of November 23, 2026, and December 21, 2026.

Third, undersigned counsel also has numerous other commitments requiring her attention. Undersigned counsel must prepare for and travel for oral argument in *United States v. Tin* (9th Cir. No. 25-1751). The Ninth Circuit has scheduled oral argument in that case on December 9, 2026, in Pasadena, CA. Undersigned counsel has also been responsible for reviewing several briefs that were filed or are due to be filed between October 30, 2026, and November 24, 2026. Lastly, undersigned counsel has been involved in ongoing confidential mediation discussions in two cases in the Ninth Circuit.

Finally, the opening brief must be reviewed and approved by the Department of the Interior and multiple officials within the Energy and Natural Resources Division at the Department of Justice. This extensive review process requires extra time.

For these reasons, Federal Appellants respectfully request that the Court grant their unopposed request for a 45-day extension of time to January 7, 2027.

Respectfully submitted,

*s/ Amy E. Collier*
Amy E. Collier
*Attorney*
Energy and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
amy.collier@usdoj.gov
Telephone: (202) 305-5360
*Counsel for Federal Appellants*

November 16, 2026

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 296 words.

I further certify that the motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because I prepared it using Microsoft Word in a proportionally spaced typeface, Times New Roman 14-point. *See* Fed. R. App. P. 27(d)(1)(E).

s/ *Amy E. Collier*
Amy E. Collier

Counsel for Federal Appellants

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the Appellate Electronic Filing system on November 16, 2026. All case participants registered as CM/ECF users will be served by the CM/ECF system.

s/ *Amy E. Collier*
Amy E. Collier

Counsel for Federal Appellants